NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OPTICURRENT, LLC,**
*Plaintiff-Appellant*

**v.**

**POWER INTEGRATIONS, INC.,**
*Defendant-Cross-Appellant*

**MOUSER ELECTRONICS,**
*Defendant*

---

2019-2141, 2019-2172

---

Appeals from the United States District Court for the Northern District of California in No. 3:17-cv-03597-EMC, Judge Edward M. Chen.

---

## JUDGMENT

---

ROBERT GREENSPOON, Flachsbart & Greenspoon, LLC, Chicago, IL, argued for plaintiff-appellant. Also represented by JONATHAN TAD SUDER, Friedman, Suder & Cooke, Fort Worth, TX.

FRANK SCHERKENBACH, Fish & Richardson, PC, Boston, MA, argued for defendant-cross-appellant. Also

represented by MICHAEL R. HEADLEY, NEIL WARREN, Redwood City, CA; JOHN WINSTON THORNBURGH, San Diego, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, BRYSON, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 6, 2020          /s/ Peter R. Marksteiner
    Date                   Peter R. Marksteiner
                           Clerk of Court